UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIL GRIFFIN, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) No. 1:22-cv-01666-JMS-TAB ) |
| DENNIS REAGLE, CHARLES HOUCHINS, CHANDLER WILLARD, A. VOKOV, and CHRISTINA CONYERS, | ) ) ) ) |
| *Defendants.* | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants such that Plaintiff shall take nothing by way of his Amended Complaint.

Date: 2/25/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Virgil Griffin
#998996
Indiana State Prison
Inmate Mail/Parcels
One Park Row
Michigan City, IN 46360